UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LANDMARK AMERICAN INS. CO.,**

    **Plaintiff,**

v.                                         Case No.  8:07-cv-1339-T-30MAP

**SYSTEMATIC ROOFING ANALYSIS,
INC. and PEACH STATE ROOFING, INC.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal Without Prejudice (Dkt. #11). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 18, 2007.

                                       JAMES S. MOODY, JR.
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1339.dismissal 11.wpd